THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ROSSI, Appellant.— *Per Curiam.*

620

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*.